IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EARNEST MEADOWS,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.                                     No. 13-1128-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petitioner's

Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and

Order entered by this Court on December 20, 2013 (Doc. 6), Petitioner's Motion is

**DENIED** and this action is **DISMISSED** with prejudice.

NANCY J. ROSENSTENGEL,
CLERK OF COURT


BY:   _s/Sara Jennings_
Deputy Clerk

Dated:   December 20, 2013

Digitally signed by
David R. Herndon
Date: 2013.12.20
12:59:41 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT